IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMIE D. DESALVO                                                                                          PLAINTIFF

V.                                      CASE NO. 4:15CV00618 SWW/BD

RANDALL EOFF and
MICHAEL HARDY                                                                                         DEFENDANTS

## ORDER

Jamie D. DeSalvo, an inmate at the Conway County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) He claims that Defendants Eoff and Hardy acted with deliberate indifference to his serious medical needs. For screening purposes, Mr. Desalvo has stated a claim against both Defendants in their individual capacities, and service of process is proper.

The Clerk of the Court is directed to prepare summonses for Defendants Eoff and Hardy. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2), and a summons for the Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Conway County Detention Facility, 30 Southern Valley Drive, Morrilton, Arkansas 72110.

IT IS SO ORDERED this 7th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE