## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMIE D. DESALVO**                                                                                      **PLAINTIFF**

**V.**                          **CASE NO. 4:15CV00618 SWW/BD**

**RANDALL EOFF and**
**MICHAEL HARDY**                                                                                         **DEFENDANTS**

### ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition, and the parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. DeSalvo's claims against Defendants Eoff and Hardy in their official capacities are DISMISSED, without prejudice.

IT IS SO ORDERED, this 2nd day of November 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE