IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMIE D. DESALVO                                                                                          PLAINTIFF

V.                                       CASE NO. 4:15CV00618 SWW/BD

RANDALL EOFF and
MICHAEL HARDY                                                                                         DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**  **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**  **Discussion**

Plaintiff Jamie D. Desalvo, an inmate formerly housed at the Conway County Detention Facility, filed this case *pro se* under 42 U.S.C. § 1983, and is now proceeding *in forma pauperis* ("IFP").  (Docket entries #2, #3)

Mr. Desalvo is no longer incarcerated at the Conway County Detention Facility, as evidenced by mail returned to the court as undeliverable.  (#11, #12, #13, #19, #20, #21)

Mr. Desalvo has failed to inform the court of his new address, as required by the court's local rules.

The Court previously allowed Mr. Desalvo thirty days to provide a valid, updated address, as well as an updated *in forma pauperis* application. Mr. Desalvo was specifically cautioned that failure to comply with the Court's October 29, 2015 Order might result in dismissal of this action under Local Rule 5.5(c)(2).

To date, Mr. Desalvo has not complied with the Court's October 29, 2015 Order, and the time for doing so has passed.

## III.  Conclusion

The Court recommends that Mr. Desalvo's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 29, 2015 Order. See Local Rule 5.5.

DATED, this 1st day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE