# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMIE D. DESALVO                                                                PLAINTIFF

V.                              CASE NO. 4:15CV00618 SWW/BD

RANDALL EOFF and
MICHAEL HARDY                                                                 DEFENDANTS

## ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition, and the parties have not objected to the recommendation. The recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Desalvo's claims are DISMISSED, without prejudice, under Local Rule 5.5.

IT IS SO ORDERED, this 29th day of December 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE