**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMIE D. DESALVO**                                                                            **PLAINTIFF**

**V.**                                    **CASE NO. 4:15CV00618 SWW/BD**

**RANDALL EOFF and**
**MICHAEL HARDY**                                                                            **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT

PREJUDICE.

IT IS SO ORDERED this 29th day of December 2015.

                                                        /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE